BK1302359
BAS

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF KENTUCKY
### AT LEXINGTON

IN RE:                                          Case No. 13-51022

Stanford Lynn West                              Chapter 13
Melissa Monday-West
                                                Judge Lee
                        Debtors

                                                **OBJECTION TO DEBTORS PLAN BY**
                                                **FEDERAL NATIONAL MORTGAGE**
                                                **ASSOCIATION, BY AND THROUGH**
                                                **WELLS FARGO BANK, N.A.**
                                                **(PROPERTY ADDRESS:**
                                                **4157 WATERTRACE DRIVE,**
                                                **LEXINGTON, KY 40515)**

     Now comes Federal National Mortgage Association, by and through Wells Fargo Bank,

N.A., a secured creditor, and respectfully Objects to the proposed Chapter 13 Plan filed herein.

This Objection is supported by the following Memorandum.

                                   /s/ Ronald C. Taylor Jr.
                                   Ronald C. Taylor Jr.
                                   KY Bar Registration # 92699
                                   (513) 241-3100 x-3472

                                   LERNER, SAMPSON & ROTHFUSS
                                   Attorneys for Creditor
                                   PO Box 5480
                                   Cincinnati, OH 45201-5480
                                   (513) 241-3100 ext. 3472
                                   (513) 354-6464 fax
                                   ekybk@lsrlaw.com

## MEMORANDUM

Creditor holds a mortgage lien on debtors real property known as 4157 Watertrace Drive Lexington, KY 40515. The mortgage loan account is in default for the month of April 2012 and subsequent months, resulting in an arrearage of $24,529.46 through the April 2013 payment.

The proposed Chapter 13 Plan fails to comply with Section 1322(b)(5) of the Bankruptcy Code, which permits debtors to cure defaults while resuming and maintaining regular payments on long term obligations. That section requires, however, that such defaults be cured "within a reasonable time".

The Chapter 13 Plan proposed herein does not provide for sufficient payment to cure Creditor's arrearage in accordance with Section 1322(b)(5).

The Chapter 13 Plan proposed herein does not list Creditor's subject mortgage loan account as a secured claim and makes no provision for curing the Creditor's existing arrearage claim.

Wherefore, Creditor respectfully requests that confirmation of the proposed plan be denied.

/s/ Ronald C. Taylor Jr.
Ronald C. Taylor Jr.
KY Bar Registration # 92699
(513) 241-3100 x-3472


LERNER, SAMPSON & ROTHFUSS
Attorneys for Creditor
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3472
(513) 354-6464 fax
ekybk@lsrlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Objection to Debtor's Plan of the secured creditor, Federal National Mortgage Association, by and through Wells Fargo Bank, N.A., was electronically transmitted on or about June 06, 2013 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Hon. Gregory A. Napier
4740 Firebrook Blvd.
Lexington, KY 40513
gnapier@troutmannapier.com

Beverly M. Burden
P.O. Box 2204
Lexington, KY 40588-2204
Notices@Ch13EDKY.com

Office of the U.S. Trustee
100 East Vine Street, Ste. 500
Lexington, KY 40507
ustpregion08.lx.ecf@usdoj.gov

The undersigned certifies that a copy of the foregoing Objection to Debtor's Plan of the secured creditor, Federal National Mortgage Association, by and through Wells Fargo Bank, N.A., was transmitted on or about June 06, 2013 via regular U.S. mail, postage pre-paid:

Stanford Lynn West
4157 Watertrace Dr.
Lexington, KY 40515

Melissa Monday-West
324 Spring Valley Lane
Lexington, KY 40511

/s/ Ronald C. Taylor Jr.
Ronald C. Taylor Jr.
KY Bar Registration # 92699
(513) 241-3100 x-3472

LERNER, SAMPSON & ROTHFUSS
Attorneys for Creditor
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3472
(513) 354-6464 fax
ekybk@lsrlaw.com